IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| GORDON BEST and KIM LAVINE-BEST individually, as Co-Personal Representatives of the ESTATE OF KAYLYNN BEST and the ESTATE OF JENAE BEST, and on behalf of ADAM BEST, a disabled minor; COLTON BEST and ZACHARY BEST,<br><br>           Plaintiffs,<br><br>    vs.<br><br>DIETMAR GERST, B & D WALTER TRUCKING, LTD and DOES 1-3,<br><br>           Defendants. | Cause No. 4:24-CV-00010 -BMM<br><br>**LETTER ROGATORY TO THE COURT OF KING'S BENCH OF ALBERTA FOR PABLO RENDON-GUILLEN** |

**LETTER ROGATORY TO THE COURT OF KING'S BENCH FOR ALBERA, CANADA FOR PABLO RENDON-GUILLEN**

The United States District Court for the District of Montana (the "District

Court") presents its compliments to the King's Bench Court of Alberta, Canada, and respectfully requests international judicial assistance to obtain evidence to be used in the above-captioned civil proceeding before this Court. This Court requests the assistance described herein as necessary in the interests of justice:

The assistance required is that the King's Bench Court of Alberta, Canada compel the appearance of the individual named below to testify at deposition in respect to the matters and issues identified in the below, and to permit the parties to create a written transcript thereof:

- Pablo Rendon-Guillen

This Court further requests that your Court compel Mr. Pablo Rendon-Guillen to appear for deposition. As a witness in this action, Mr. Pablo Rendon-Guillen resides within your jurisdiction and justice cannot completely be done between the parties without their testimony.

The applicant for this letter is Defendant B&D Trucking Ltd. ("Defendant"). Counsel for Defendant is available to answer any questions you may have. Plaintiffs did not oppose Defendant's Motion for Letters Rogatory as filed before this Court.

This request is made pursuant to Rules 4(f)(2)(B) and 28(b(1)(B) of the Federal Rules of Civil Procedure; the All Writs Act, 28 U.S.C. § 1651 and § 1781 (permitting the transmittal of letters rogatory through the district courts and Department of State); the *British Columbia Evidence Act,* R.S.B.C. 1996, c. 124; and the *Canada Evidence Act,* R.S.C. 1985, c. C-5.

The United States District Court for the District of Montana is a competent court of law and equity that properly has jurisdiction over this proceeding, and that has the power to compel the attendance of witnesses and production of documents both within and outside its jurisdiction.

On information and belief, Mr. Pablo Rendon-Guillen lives within the Province of Albera. On information and belief, Mr. Pablo Rendon-Guillen has knowledge of the subject matters specified below.

The testimony of Mr. Pablo Rendon-Guillen is intended for use at trial or directly in the preparation of trial, and in the view of this Court, will be relevant and material to claims and defenses in the case. This request is made with the understanding that it will in not require any person to commit any offense, or to undergo a broader form of inquiry than he or she would if the litigation were conducted in a Canadian court.

The requesting Court is satisfied that the evidence sought to be obtained through this request is material and necessary and cannot be reasonably be obtained by other methods. Because this Court lacks authority to compel participation of these persons and, such participation being necessary in order that justice be served in the above-captioned proceedings, this Court respectfully requests assistance from the King's Bench Court of Alberta, Canada.

1. Sender/Requested Judicial Authority: Honorable Brian Morris, United States District Court for the District of Montana, 125 Central Ave W Ste 110, Great Falls, MT 59404.
2. Central Authority of the Requested State: King's Bench Court of Alberta, Canada, 1A Sir Winston Churchill Square, Edmonton AB T5J 0R2
3. Name of the case and identifying number: Best v. Dietmar Gerst et. al, Case No. 4:24-CV-00010 -BMM.
4. Person to whom the executed request is to be returned to: Jennifer L. Crow, Scheer.Law PLLC, 2101 Fourth Avenue, Suite 830, Seattle, WA 98121.
5. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request: It is requested that the receiving

court order the witness examinations requested herein be produced/ take place within 30 days.

6. Name and addresses of the parties and their representatives:

Plaintiffs Best

Todd A. Hammer

Marcel A. Quinn

Hammer, Quinn & Shaw PLLC

100 Financial Drive, Suite 100

P.O. Box 7310

Kalispell, MT 59904-0310

Defendants Gerst & B&D

Jennifer L. Crow

Scheer.Law PLLC

2101 Fourth Avenue, Suite 830

Seattle, WA 98121

7. Nature and purpose of the proceedings and summary of the facts: This matter arises out of a multi-vehicle accident that occurred in Montana on May 3, 2021 in Conrad, Montana.  Defendants' truck was the first vehicle, and the vehicle including Jenae Best and Kaylynn Best was the third vehicle.  Pablo Rendon-Guillen was operating the second vehicle.

8. Identity and address of any persons to be examined

Pablo Rendon-Guillen

81 Falshire Terrace NE

1   Calgary, AB T3J3B7

3   9. Questions to be put to the person to be examined or statement of the subject
4      matter about which they are to be examined: See scope of topics below.

6   10. Any requirement that the evidence be given on oath or affirmation and any
7       special form to be used: It is required that these witnesses appear before a
8       person empowered under British Columbia law to administer oaths and
9       take testimony and give testimony under oath or affirmation on the topics
10      listed.

11  11. Special methods or procedures to be followed: This Court further requests
12      that the following special methods and procedures be followed during the
13      deposition:
14      a. The examinations be conducted pursuant to the discovery rules
15         provided in the Federal Rules of Civil Procedure of the United States,
16         except to the extent that such procedure is incompatible with the laws
17         of Alberta;
18      b. Testimony be recorded verbatim, transcribed by a person authorized
19         to transcribe such depositions within the Province of Alberta, and that
20         the transcript of such testimony be authenticated in accordance with
21         your procedures;
22      c. The witnesses be examined for no more than ten and a half (10.5)
23         hours if an interpreter is required, or seven (7) hours if not; and
24      d. The witnesses be examined as soon as possible.
25  / / /
26  / / /

In the event that the evidence cannot be taken according to some or all of the procedures described above, this Court requests that it be taken in such manner as provided by the laws of Alberta for the formal taking of testimonial evidence.

12. Request for notification of time and place for the execution of the requested and address of any person to be notified:  We respectfully request that any order made by the Court require the examining party to send notice of the time and place for the taking of testimony, and to provide copies under seal of the transcripts of such deposition and copies of the documents produced to the parties' representatives identified above.

13. Request for Attendance or Participation of Judicial Personnel of the Requesting Authority at the Execution of the Letter Rogatory: none.

14. Specification of privilege or duty to refuse to give evidence under the law of the state of origin: Under the laws of the United States, a party has a privilege to refuse to give evidence if the evidence discloses a confidential communication between that party and an attorney for that party that was made for the purpose of obtaining legal advice and for which privilege has not been waived.  Parties also enjoy limited privileges on other grounds not relevant here such as communications between physician and patient, psychotherapist and patient, husband and wife, or clergy and penitent. U.S. law also recognizes a privilege against criminal self-incrimination. Outside the strict area of privilege, certain limited immunities are available that may place restrictions on the giving of evidence, such as the limited protection of documents created as the work product of attorneys during or in anticipation of litigation.

15. The reasonable fees and costs incurred in responding to this request will be borne by: The fees and costs incurred in the execution of this Request

that are reimbursable will be borne by Defendants. Mr. Hall is willing to return the reimbursable fees and costs incurred by the requested witnesses in complying with any order of the King's Bench Court of Alberta giving effect to this Request for International Judicial Assistance.

16. Reciprocity: The United States District Court for the District of Montana expresses its appreciation to the King's Bench Court of Alberta for its courtesy and assistance in this matter and states that it shall be ready and willing to assist the courts of Alberta in a similar manner when so requested.

DATED this 27th day of September, 2024.

_____
Brian Morris, Chief District Judge
United State District Court



_____
Clerk of Court
District of Montana
Great Falls, Montana

SEAL OF COURT:

**TOPICS FOR THE DEPOSITIONS OF MR. PABLO RENDON-GUILLEN,**

Mr. Pablo Rendon-Guillen

- The subject accident of May 3, 2021, and all actions taken by Mr. Rendon-Guillen in the hour before the accident, and the hour after; and
- Statements made by Mr. Rendon-Guillen regarding the accident.

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Montana, that the following is true and correct:

I am employed by the law firm of Scheer.Law PLLC.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Oregon, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO/ Plaintiffs Gordon Best and Kim Lavine-Best, the Estate of Kaylynn Best, the Estate of Jenae Best, Adam Best, Colton Best and Zachary Best**<br>Todd A. Hammer<br>Marcel A. Quinn<br>HAMMER, QUINN & SHAW PLLC<br>100 Financial Drive, Suite 100<br>P.O. Box 7310<br>Kalispell, MT 59904-0310<br>toddhammer@attorneysmontana.com<br>marcelquinn@attorneysmontana.com | ☐ Via U.S. Mail<br>☒ Via E-service<br>☐ Via Facsimile<br>☒ Via E-Mail |

DATED this 27th day of September 2024 at Portland, Oregon.

/s/ Rowik Kinnard
Rowik Kinnard, Legal Assistant