IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GORDON BEST and KIM LAVINE-BEST individually and as Co-Personal Representatives of the ESTATE OF KAYLYNN BEST and the ESTATE OF JENAE BEST, and on behalf of ADAM BEST, a disabled minor; COLTON BEST and ZACHARY BEST,<br><br>Plaintiffs,<br><br>vs.<br><br>DIETMAR GERST, B & D WALTER TRUCKING, LTD and DOES 1-3,<br><br>Defendants. | CV-24-10-GF-BMM-JTJ<br><br>**ORDER DEFERRING RULING ON PLAINTIFFS' MOTION IN LIMINE** |

The Court, having considered Plaintiffs' Unopposed Motion to Defer Court Ruling on Plaintiffs' Motion in Limine, and good cause appearing, IT IS HEREBY ORDERED that the Court defers ruling on Plaintiffs' Motion in Limine (Doc. 28) until 12:00 p.m. on December 2, 2024 to allow the parties time to attend mediation and, if unsuccessful, to allow the parties time to work out an appropriate sanction. The Court will issue an order if the parties do not come to a settlement and are unable to agree on a sanction.

DATED this 8th day of November, 2024.

_____
Brian Morris, Chief District Judge
United State District Court